

1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9  UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2654 |
| | ) | |
| 10              Plaintiff, | ) | **I N F O R M A T I O N** |
| | ) | |
| 11    v. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony); |
| 12  RAFAEL SANDOVAL-SANDOVAL | ) | Title 8, U.S.C., Sec. 1325 - |
|     AKA: Raul Sandoval-Sandoval, | ) | Illegal Entry (Felony) |
| 13 | ) | |
|              Defendant. | ) | |
| 14 | | |

15      The United States Attorney charges:

16                      Count 1

17      On or about _____7/15/04_____, within the Southern

18  District of California, defendant RAFAEL SANDOVAL-SANDOVAL, being an

19  alien, unlawfully entered or attempted to enter the United States at

20  a time and place other than as designated by immigration officers, and

21  eluded examination and inspection by immigration officers, and

22  attempted to enter or obtained entry to the United States by a

23  willfully false or misleading representation or the willful

24  concealment of a material fact; and previously committed the

25  misdemeanor offense of illegal entry, as evidenced by his conviction

26  on October 20, 2004 for Illegal Entry, in violation of Title 8, United

27  States Code, Section 1325, in the United States District Court for the

28  //

MIP:mg:San Diego
7/23/08

Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

### Count 2

On or about July 11, 2008, within the Southern District of California, defendant RAFAEL SANDOVAL-SANDOVAL, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on October 20, 2004 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: August 12, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney