AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

AUG 1 2 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| RAFAEL SANDOVAL-SANDOVAL<br>AKA: Raul Sandoval-Sandoval | CASE NUMBER: 08CR2654-L |

I, <u>RAFAEL SANDOVAL-SANDOVAL</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/12/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Rafael Sandoval_
    Defendant

_Su Shetty_ for _Timothy Scott_
Counsel for Defendant

Before _____
        JUDICIAL OFFICER