UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -3 AM 8: 44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>RAFAEL SANDOVAL-SANDOVAL,<br><br>              Defendant. | CASE NO. 08CR2654<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___     the Court has dismissed the case for unnecessary delay; or

___     the Court has granted the motion of the Government for dismissal; or

___     the Court has granted the motion of the defendant for a judgment of acquittal; or

___     a jury has been waived, and the Court has found the defendant not guilty; or

___     the jury has returned its verdict, finding the defendant not guilty;

**X**     of the offense(s) of: 8 USC 1325 - ILLEGAL ENTRY

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08/29/08

                                                  WILLIAM McCURINE, JR.
                                                  UNITED STATES MAGISTRATE JUDGE

                                                  ENTERED ON 8/29/08